IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANGELA MCMULLEN                                                                                    PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:15-CV-00196-SA-DAS

STARKVILLE OKTIBBEHA
CONSOLIDATED SCHOOL DISTRICT, et al.                                                    DEFENDANTS

ORDER

Defendants' Motion for Summary Judgment [31] is GRANTED IN PART and DENIED IN PART. Plaintiff's substantive due process claims are dismissed on qualified immunity grounds. Her procedural due process claims remain.

SO ORDERED, this 29th day of July, 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE